UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
FUCLAN, RAY C § Case No. 10-03898
FUCLAN, CECILE S §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter      on            , and it was converted to chapter 7 on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____      By:/s/Peter N. Metrou, Trustee_____
                                                                                      Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bmw Financial Services Po Box 3608 Dublin, OH 43016 |  |  |  |  |  |
|  | Harris N.a. 111 W Monroe St Chicago, IL 60690 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Comings Financial Attention: Bankruptcy Dept 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Statman Harris & Eyrich, LLC 1520 Fifth Third Center Chicago, IL 60606 | | | | | |
| 000001 | GMAC MORTGAGE, LLC AS SERVICER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bass & Associates 3936 E Fort Lowell Rd Tucson, AZ 85715-1083 | | | | | |
| | Cr Bur Of Greater New | | | | | |
| | Edfinancial | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisad Coll Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000017 | BMW BANK OF NORTH AMERICA | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CITIFINANCIAL INC | | | | | |
| 000012 | ECAST SETTLEMENT CORP | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000014 | HARRIS N.A. | | | | | |
| 000011 | HSBC RECEIVABLE ACQUISITION COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | INTERNAL REVENUE SERVICE | | | | | |
| 000002 | NORTH STAR CAPITAL ACQUISITIONS LLC | | | | | |
| 000007 | PALISADES COLLECTIONS, LLC | | | | | |
| 000008 | PALISADES COLLECTIONS, LLC | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006 | WELLS FARGO FINANCIAL ILLINOIS, INC | | | | | |
| 000013 | ILLINOIS STUDENT ASSISTANCE COMMISS | | | | | |
| 000015 | ILLINOIS STUDENT ASSISTANCE COMMISS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-03898 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FUCLAN, RAY C | | | Date Filed (f) or Converted (c): | 02/15/12 (c) |
| | FUCLAN, CECILE S | | | 341(a) Meeting Date: | 03/14/12 |
| For Period Ending: | 07/13/13 | | | Claims Bar Date: | 08/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1192 Bush Blvd, Bolingbrook, IL 60439 | 545,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with US Bank | 420.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with US Bank | 225.00 | 0.00 | | 0.00 | FA |
| 4. misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 5. used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6. Term life insurance through employer - no current | 0.00 | 0.00 | | 0.00 | FA |
| 7. Term life insurance through employer - no current | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) w/ two loans | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2005 BMW X-5, 89k miles | 30,700.00 | 2,493.00 | | 0.00 | FA |
| 11. 2000 Toyota Carolla 85,000 miles | 4,500.00 | 0.00 | | 0.00 | FA |
| 12. 2011 Tax Refund (u) Settlement on 2011 Tax refund. | 0.00 | 13,000.00 | | 13,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $602,145.00 | $15,493.00 | | $13,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made 1-15-13

Initial Projected Date of Final Report (TFR): 12/15/12    Current Projected Date of Final Report (TFR): 12/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-03898 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | FUCLAN, RAY C | | Bank Name: | Congressional Bank |
| | FUCLAN, CECILE S | | Account Number / CD #: | *******6989  Money Market Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 07/13/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/12 | 12 | Ray C. Fuclan<br>1192 Bush Blvd.<br>Bolingbrook, IL 60490 | 2011 Tax refund | 1224-000 | 13,000.00 | | 13,000.00 |
| 01/15/13 | 000101 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 2,104.25 | 10,895.75 |
| | | | Fees           2,050.00 | 2100-000 | | | |
| | | | Expenses          54.25 | 2200-000 | | | |
| 01/15/13 | 000102 | NORTH STAR CAPITAL ACQUISITIONS LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: WELLS FARGO FINANCIAL | Claim 000002, Payment 5.92483% | 7100-000 | | 44.14 | 10,851.61 |
| 01/15/13 | 000103 | eCAST Settlement Corporation, assignee<br>of GE Money Bank Sam's Club<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000003, Payment 5.92501% | 7100-000 | | 41.91 | 10,809.70 |
| 01/15/13 | 000104 | eCAST Settlement Corporation, assignee<br>of GE Money Bank JC Penney Consumer<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000004, Payment 5.92392% | 7100-000 | | 94.15 | 10,715.55 |
| 01/15/13 | 000105 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 5.92497% | 7100-000 | | 23.06 | 10,692.49 |
| 01/15/13 | 000106 | Wells Fargo Financial Illinois, Inc.<br>4137 121st Street<br>Urbandale, IA 50323 | Claim 000006, Payment 5.92430% | 7100-000 | | 183.67 | 10,508.82 |

Page Subtotals        13,000.00        2,491.18

Ver: 17.02e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03898 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | FUCLAN, RAY C | Bank Name: | Congressional Bank |
|  | FUCLAN, CECILE S | Account Number / CD #: | *******6989  Money Market Account |
| Taxpayer ID No: | *******4004 |  |  |
| For Period Ending: | 07/13/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/15/13 | 000107 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>PO Box 40728<br>Houston, TX 77240-0728 | Claim 000007, Payment 5.92433% | 7100-000 |  | 773.06 | 9,735.76 |
| 01/15/13 | 000108 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>PO Box 40728<br>Houston, TX 77240-0728 | Claim 000008, Payment 5.92433% | 7100-000 |  | 660.65 | 9,075.11 |
| 01/15/13 | 000109 | Internal Revenue Service<br>Centralized Insolvency<br>p.o. box 21126<br>Philadelphia, PA 11914 | Claim 000009, Payment 5.92437% | 7100-000 |  | 546.62 | 8,528.49 |
| 01/15/13 | 000110 | CitiFinancial Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000010, Payment 5.92433% | 7100-000 |  | 682.21 | 7,846.28 |
| 01/15/13 | 000111 | HSBC Receivable Acquisition Company 1<br>HSBC Bank USA NA<br>POB 5213<br>Carol Stream, IL 60197 | Claim 000011, Payment 5.92257% | 7100-000 |  | 12.56 | 7,833.72 |
| 01/15/13 | 000112 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>(Bon Ton)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000012, Payment 5.92437% | 7100-000 |  | 488.16 | 7,345.56 |
| * 01/15/13 | 000113 | Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield IL 60015 | Claim 000013, Payment 5.92434% | 7100-003 |  | 1,057.70 | 6,287.86 |
| * 01/15/13 | 000114 | HARRIS N.A.<br>3800 WEST GOLF ROAD, SUITE 300 | Claim 000014, Payment 5.92436% | 7100-003 |  | 4,719.31 | 1,568.55 |

Page Subtotals        0.00        8,940.27

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03898 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | FUCLAN, RAY C | | Bank Name: | Congressional Bank |
| | FUCLAN, CECILE S | | Account Number / CD #: | *******6989  Money Market Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 07/13/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/15/13 | 000115 | Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield IL 60015 | Claim 000015, Payment 5.92435% | 7100-003 | | 1,094.82 | 473.73 |
| 01/15/13 | 000116 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000016, Payment 5.92452% | 7100-000 | | 229.20 | 244.53 |
| 01/15/13 | 000117 | BMW Bank of North America<br>P.O. Box 3608<br>Dublin, OH 43016 | Claim 000017, Payment 5.92437% | 7100-000 | | 244.53 | 0.00 |
| * 03/19/13 | 000113 | Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield IL 60015 | Claim 000013, Payment 5.92434% | 7100-003 | | -1,057.70 | 1,057.70 |
| * 03/19/13 | 000115 | Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield IL 60015 | Claim 000015, Payment 5.92435% | 7100-003 | | -1,094.82 | 2,152.52 |
| 03/19/13 | 000118 | United States Bankruptcy Court<br>IL | Claim 000013, Payment 5.92434% | 7100-001 | | 1,057.70 | 1,094.82 |
| 03/19/13 | 000119 | United States Bankruptcy Court<br>IL | Claim 000015, Payment 5.92435% | 7100-001 | | 1,094.82 | 0.00 |
| * 05/31/13 | 000114 | HARRIS N.A.<br>3800 WEST GOLF ROAD, SUITE 300<br>ROLLING MEADOWS, IL 60008 | Claim 000014, Payment 5.92436% | 7100-003 | | -4,719.31 | 4,719.31 |
| 05/31/13 | 000120 | BMO HARRIS BANK<br>ATTEN: BRK-180-RC<br>770 N. WATER ST<br>MILWAUKEE, WI 53202 | REISSUE CK 114 NEVER REC'D | 7100-000 | | 4,719.31 | 0.00 |

Page Subtotals         0.00         1,568.55

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03898 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | FUCLAN, RAY C | | Bank Name: | Congressional Bank |
| | FUCLAN, CECILE S | | Account Number / CD #: | *******6989 Money Market Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 07/13/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,000.00 | 13,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,000.00 | 13,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,000.00 | 13,000.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market Account - *******6989 | | 13,000.00 | 13,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 13,000.00 | 13,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.02e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*